JUN 24 2025 PM1:26
FILED - USDC - BPT - C

**IN THE UNITED STATES DISTRICT COURT OF CONNECTICUT**

Laguerre Lensendro

V

Bozzuto Management Company

**Complaint**

1. This is an action for breach of contract brought under The securities act of 1933 [48 stat 74] 15 U.S.C. 77b(a)(3). The parties include myself, an individual residing in Norwalk, Connecticut, and Bozzuto Management, which has its principal office in Maryland, doing business within the state of Connecticut.

2. This court has jurisdiction pursuant to 15 U.S.C. 77b(a)(3), with the amount in question being over $75,000 and the parties being from different states.

3. At some point in time, I had an epiphany and realized I was in need of an apartment.

4. I opted for The Piper on West Avenue because it was located within walking distance of all my favorite places within the city of Norwalk, such as the Art Space, the park, Colony Grill, and of course the Norwalk Public Library, all of which I frequent.

5. I then went online to see if there were any apartments available, and there was. Bozzuto Management Company was making offers.

6. The next day, I went to the park and marveled at the scenery; I then went to Colony Grill and then to the Norwalk Public Library.

7. At the library, I daydreamed about living at The Piper, overlooking the park and the art space and visiting my friend who works at the café adjacent to The Piper.

8. At some point in time, I decided to accept Bozzuto's offer and entered into a contract with Bozzuto.[ see exhibits 1& 2 attached]

9. I parted ways with a $500 [FRN's] security deposit, and I tendered an instrument in the amount of $75,000 as additional security [deposit] or advance rental payment as performance to the contract. [see Exhibit 2 - 3.3 attached]

10. In addition to the instrument, Bozzuto received instructions accompanying the tender of payment to deposit the instruments/securities in escrow as demanded by law, not once but three times.[see Conn. Gen. Stat. §47a-21 (h)(1)] see also exhibits 3 - 5.2 attached]

11. Bozzuto refuses to carry out fiduciary duties for Plaintiff, after having knowingly received Plaintiff's instrument delivered for a specific purpose, namely, to be deposited and held in escrow for Plaintiff's benefit; and hence is in breach of the trust relationship thereby created and the duties arising therefrom.

12. Due to these acts Bozzuto has breached its fiduciary obligations and the contract.

13. As a direct and proximate result of Bozzuto's actions, Plaintiff was deprived of the benefit of the bargain; namely, the apartment for which Plaintiff tendered lawful consideration.

WHEREFORE, Plaintiff respectfully petitions this Court for the following relief:

a. An Order of specific performance, compelling Bozzuto to deliver possession of the apartment that was the subject of the transaction, as bargained for by Plaintiff;

b. and or, restitution for in the amount the securities were purchased of $147,380 [value of application of $71,800 see exhibit 1 , plus $500 security deposit see exhibit 2 ,plus $75,000 instrument tendered exhibit 3 ]

c. Injunctive relief preventing Bozzuto from offering the apartment to others during the pendency of this matter;

d. Any other and further relief in law or in equity as this Court deems just and proper.

Respectfully Submitted

[signature]
06/~~23~~ 24/2025

26 Broad St apt 4
Norwalk CT
06851



Quote | Summary | Documents | Alerts | Hi, Lensendro ▾

## APARTMENT SUMMARY

Edit

| | |
|---|---|
| Apartment | 6041 |
| Address | 467 West Ave<br>Norwalk, CT 06850 |
| Floor Plan | 3 Bed/2 Bath-C1 |
| Beds/Baths | 3 beds/2 baths |
| Area | 1,879 Sq.Ft. |
| Availability | 6/21/2025 |

## LEASE INFO

Edit

| | |
|---|---|
| Move-in Date | 6/27/2025 |
| Lease Term | 12 months |
| Rent | $5,925.00 |
| Amenity Rent | $65.00 |

## ADDITIONAL RENTAL OPTIONS

| | |
|---|---|
| Total Additional Monthly Charges: | $0.00 |

Exhibit 1

06/~~25~~ 24/25

[signature]

- Upon Approval of application, you will no longer be able to edit the information contained in the application form.
  - You will not be able to add, edit or remove any occupants after approval of application.
- This property requires that you agree to be screened after payment of the application fees..
- Please note that in order to continue the application process, all application fees will need to be paid for both the primary applicant and if applicable, any additional applicants.

**Acknowledgment and Agreement**

I understand that the Reservation Deposit will be refunded to me if this Application is not approved. If this Application is approved, the Reservation Deposit shall become part of the Security Deposit and may be forfeited in accordance with applicable law if move-in does not occur. It is understood that the application processing fee is not refundable, except as provided by applicable law.

I hereby authorize Bozzuto Management Co., and its employees or agents, to verify all of the information in this application, including specifically to obtain public and non-public references and credit reports or record s and criminal (including sex offender) background records , if applicable. I also expressly authorize Bozzuto Management Co., and its employees or agents (including a third party collection agency), to obtain such references and reports at any time during the term of my tenancy and after termination of my lease, if such reports are needed in attempting to review my continuing eligibility to be a resident, collect any defaulted payments or charges, or for any other permissible purpose.

Applicant represents that all the statements herein are true, and if they change during the term of the tenancy, I will immediately notify the management staff.

Please note that in order to continue the application process, all application fees will need to be paid for both the primary applicant and if applicable, any additional applicants.

I will figure this out... | KARL LENTZ STUFF | 18 usc | climbing | gres cacao | Adobe Acrobat | Adobe Acrobat | COURTS | A.I | eeon

Quote | Summary | Documents | Alerts | Hi, Lensendro ▾

Your rental application has been successfully completed.
We have delivered the rental application and, if applicable, the results of this credit screening to the property management office.
You will receive an email when your application has been reviewed or approved.
You can log back in at any time to check the status of your application.
You will be allowed to add occupants to the application until the Property Manager has approved the application. Note that this may require you to pay additional fees and rerun screening on the application if applicable.

## PAYMENT DETAILS

| Charge Description | Charge Amount | Amount Paid | Balance Due | Paid By |
|---|---|---|---|---|
| Security Deposit (Lensendro Laguerre) | $500.00 | $500.00 | $0.00 | Lensendro Laguerre (Conf #1972424) |
| Total Amount | | $500.00 | | |

## OCCUPANT CREDIT SCREENING INFORMATION

| Occupant | Relation | Age | Included in Credit Screening? |
|---|---|---|---|
| Mr. Lensendro Laguerre | Main Applicant | 24 | Yes |

Piper | 467 West Ave Norwalk, CT 06850 | (888) 890-2129

Privacy Policy

BOZZUTO

2025 Bozzuto Management Company | Website Design by RentCafe (© 2025 Yardi Systems, Inc. All Rights Reserved.) | Accessibility Statement

Exhibit 2
06/~~23~~ 24/25
Laguerre Lensendro

Search

I100-B000-E008

From: LENSENDRO LAGUERRE

26 Broad st apt 4

Norwalk, Connecticut

06851

Exhibit 3
06/24/25

TO: BOZZUTO

Daniel C. Murphy

6406 Ivy Lane

Suite 100 Greenbelt,

MD 20770

COVER LETTER

I, Laguerre Lensendro, hereby accept all titles, all rights, all interests, and guaranteed equity associated with **Application associated with Apartment # 6041**

Both the application and accompanied Tender/instrument [I100-B000-E008] is hereby given for value

The instrument is to serve as advance rental payment

Please Deposit in escrow within three (3) business days after receipt of this notice

Or communicate in writing within three (3) business days of receipt of this notice if there are any discrepancies or issues requiring clarification.

If no communication is received within the specified timeframe, I will consider this matter resolved and the instructions above completed in full.

Thank you for your prompt attention to this matter.

9589 0710 5270 1198 5939 82

5/24/25

I100-B000-E008

# INTERNATIONAL BILL OF EXCHANGE

federal reserve act section 401 security, bill of exchange, legal tender a united states government obligation, as authorized by statute

Exhibit 3.1
06/~~25~~ 24/25
Laguerre Lensendro

Payor: LENSENDRO LAGUERRE
26 Broad st apt 4
Norwalk, Connecticut
06851

Payee: Toll Brothers LLC
250 Gibraltar Road
Horsham, Pennsylvania
19044

5/~~26~~ 24/2025

PAY TO THE ORDER OF: TB Norwalk Apartments LLC

AMOUNT TENDERED: Seventy-Five Thousand Dollars

$75,000

Payable on demand

Laguerre Lensendro
Without recourse

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bozzuto Management
Daniel C Murphy
6046 Ivy Lane
Suite 100
Greenbelt MD 20770

9590 9402 9471 5069 7169 11

2. Article Number (Transfer from service label)

589 0710 5270 1198 5939 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Lamel Fairdath ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5/30/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit 3.3
06/~~24~~23/25
Lagueree Lewendree

USPS TRACKING #

9590 9402 9471 5069 7169 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Lagueree Lewendree
26 Broad St apt 9
Norwalk CT
06851

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052701198595580**

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to an individual at the address at 12:36 pm on June 18, 2025 in GREENBELT, MD 20770.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Exhibit 3.2
06/~~23~~ 24/25

### Delivered

**Delivered, Left with Individual**

GREENBELT, MD 20770
June 18, 2025, 12:36 pm

**Out for Delivery**

GREENBELT, MD 20770
June 18, 2025, 8:23 am

**Arrived at Post Office**

GREENBELT, MD 20770
June 18, 2025, 8:12 am

**Departed USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER
June 18, 2025, 6:43 am

**Arrived at USPS Regional Destination Facility**

SOUTHERN MD DISTRIBUTION CENTER
June 17, 2025, 2:25 pm

**In Transit to Next Facility**

Feedback

June 16, 2025

**Arrived at USPS Regional Origin Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
June 13, 2025, 9:10 pm

**Departed Post Office**
NORWALK, CT 06850
June 13, 2025, 3:10 pm

**USPS in possession of item**
NORWALK, CT 06850
June 13, 2025, 2:43 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates

---

## USPS Tracking Plus®

---

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

FROM: Lensendro Laguerre
26 BROAD ST APT 4
Norwalk, Connecticut
06851

TO: BOZZUTO

Daniel C. Murphy

6406 Ivy Lane

Suite 100

Greenbelt, MD

20770

Exhibit 4
06/24/25
Laguerre Lensendro

Final Notice

On May 30th you'se receive notice of me accepting all titles, and guaranteed equity in the application accompanied with instrument I100-B000-E008 and guaranteed equity associated with Application associated with Apartment # 604.

Both the application and accompanied Tender/instrument were given for the value received.

And are meant to serve as security deposit. Please Deposit in escrow;

This is you'se final notice before. If no response within 3 days, then litigation will soon follow.

Respectfully,

Laguerre-Lensendro

Laguerre Lensendro 06-13/25

9589 0710 5270 1198 5955 80

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701198593982

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:06 am on May 30, 2025 in GREENBELT, MD 20770.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Exhibit 4.1
06/2~~3~~24/25
Lagnese Lusorko

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
GREENBELT, MD 20770
May 30, 2025, 11:06 am

Feedback

**Departed USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
May 30, 2025, 6:16 am

**Arrived at USPS Regional Facility**
SOUTHERN MD DISTRIBUTION CENTER
May 29, 2025, 10:31 am

**In Transit to Next Facility**
May 28, 2025

**Arrived at USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
May 27, 2025, 7:21 pm

- **Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS TRACKING #

CAPITAL DISTRICT 208
13 JUN 2025 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9471 5069 7164 78

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Loquerre Leisandro
26 Broad ST apt 4
Norwalk CT
06851

Exhibit 4.2
06/2~~3~~ 24/25
Loquerre Leisandro

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bozzuto management
Daniel C Murphy
6046 Ivy Lane
Greenbelt MD
20770

9590 9402 9471 5069 7164 78

2. Article Number *(Transfer from service label)*

589 0710 5270 1198 5955 80

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
nsured Mail
nsured Mail Restricted Delivery
over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Norwalk, Connecticut
06851

TO: BOZZUTO

Daniel C. Murphy

6406 Ivy Lane

Suite 100

Greenbelt, MD

20770

Exhibit 5
06/2~~3~~24/25
[signature]

Second Notice

On May 30th you'se receive notice of me accepting all titles, and guaranteed equity in the application accompanied with instrument and guaranteed equity associated with **Application associated with Apartment # 6041**

Both the application and accompanied Tender/instrument [I100-B000-E008] were given for the value received.

And are meant to serve as security deposit. Please Deposit in escrow;

Or communicate in writing within three (3) business days of receipt of this notice if there are any discrepancies or issues requiring clarification.

If no communication is received within the specified timeframe, I will consider this matter resolved and the instructions above completed in full. Thank you for your prompt attention to this matter.

Respectfully,

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bozzuto Management
Daniel C Murphy
6046 Ivy Lane
Suite 100
Greenbelt, MD 20770

9590 9402 9471 5069 7158 91

2. Article Number (Transfer from service label)
... 1188 5949 96

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Rece

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052701198594996

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on June 4, 2025 in GREENBELT, MD 20770.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Exhibit 5.1
06/~~23~~ 24/25

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

GREENBELT, MD 20770
June 4, 2025, 12:00 pm

**Arrived at USPS Regional Facility**

SOUTHERN MD DISTRIBUTION CENTER
June 3, 2025, 12:23 pm

**Arrived at USPS Regional Facility**

WHITE PLAINS NY DISTRIBUTION CENTER
June 2, 2025, 9:02 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

### Text & Email Updates

---

## USPS Tracking Plus®

## Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bozzuto Management
Daniel C Murphy
6046 Ivy Lane
Suite 100
Greenbelt, MD 20770

9590 9402 9471 5069 7158 91

2. Article Number (Transfer from service label)

589 0710 5270 1198 5549 96

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ann Thompson ☐ Agent ☐ Addressee

B. Received by (Printed Name) Ann Thompson

C. Date of Delivery 6/4/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Exhibit 5.2
06/24/25
Laguerre Lenfesty

USPS TRACKING #

CAPITAL DISTRICT 208
4 JUN 2025 PM 2 L

9590 9402 9471 5069 7158 91

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Laguerre Lenfesty
26 Broad St Apt 4
Norwalk CT
06851

618599