## IN THE UNITED STATES DISTRICT COURT OF CONNETICUT

Laguerre Lensendro

3:25-cv-01009-AWT

V

Bozzuto Management Company

### Motion For extension of Time

I, Laguerre Lensendro, respectfully move this Honorable Court for an extension of time to file my response in the above-captioned matter. This request arises from circumstances beyond my control, specifically a failure in delivery by the United States Postal Service.

In early august 2025, I personally prepared and mailed a package containing two separate objections to a proposed dismissal — one for this case involving Bank of America, and another for a separate matter Bozzuto Management company,

 I placed both documents into a single envelope and deposited the package at the post office for delivery to the United States District Court.

At that time, I believed the filings would be received and docketed by the Court without issue. I relied in good faith on the delivery process and had no reason to believe anything had gone wrong. However, after receiving no acknowledgment from the Court for nearly two months, I became concerned and took immediate action.

On September 22, 2025, I contacted the Clerk's Office to inquire about the status of the case. I was then informed that no filing had been received in this matter. Upon checking the tracking number for the USPS package, I discovered that the documents had never arrived and as of September 23 2025 still has not arrived and the last update is from September 3rd showing this package was moving through the USPS network. [see attached USPS tracking form sept 23rd 2025]

The failure to file was caused solely by the United States Postal Service, not by any delay on my part. I do not control the actions of the post office. I respectfully request the Court not hold me liable for circumstances beyond my control. As soon as I learned the documents had not been received, I acted immediately to correct the record and file this motion.

Furthermore, I respectfully assert that the opposing party, Bozzuto Management Company, is not prejudiced by this request for an extension of time.

As evidence of this, I have in my possession both the USPS tracking number and the certified mail green card (Form 3811) showing that a copy of the objection to Bozzuto's Motion to Dismiss was successfully delivered on August 7th, and a copy of such is attached herein. These records confirm that Bozzuto Management Company received the same filing materials that I mailed to the Court, and they were therefore fully on notice.

The sole reason the Court has no record of the filing is because the package addressed to the District Court was not delivered, according to the USPS tracking history, and is still listed as "in transit." I had no knowledge of this until I contacted the Clerk's Office on September 22, 2025, at which point I immediately began preparing this Motion and re-submitted the necessary documents.

I emphasize that this delay was not caused by any bad faith, negligence, or deliberate omission on my part. The circumstances were caused solely by the U.S. Postal Service, a third-party carrier whose operations I do not control. I could not have reasonably anticipated that one package would be successfully delivered to one address and not the other.

Wherefore I respectfully request that this Court:

1. Grant this Motion for Extension of Time;
2. Accept the original Motion to Dismiss as timely filed;
3. Grant any other relief the Court deems just and proper

Respectfully Submitted

Laguerre Tasundu
2 Broad St apt 4
Norwalk CT
06851
203-433-2141

# IN THE UNITED STATES DISTRICT COURT OF CONNETICUT

Laguerre Lensendro

               3:25-cv-01009-AWT

V

Bozzuto Management Company

## Memorandum in support

This Memorandum of Law is respectfully presented in support of my Motion for Extension of Time to file my Answer and related documents. The facts underlying the delay are straightforward, the resulting prejudice is nonexistent, and the legal standard for excusable neglect is well-established by the United States Supreme Court. Accordingly, I respectfully request that the Court grant the Motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to extend a deadline **after it has passed** where the failure to act was due to **excusable neglect**.

The United States Supreme Court in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993), provided a comprehensive definition of "excusable neglect" and expressly held:

"Congress plainly contemplated that the courts would be permitted, where appropriate, to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control."

Although *Pioneer* addressed a bankruptcy-specific rule (Bankruptcy Rule 9006(b)(1)), the Supreme Court explicitly recognized that the term "excusable neglect" carries the **same legal meaning** in **Federal Rule of Civil Procedure 6(b)(1)**. See *id.*, at 391–92 & n.9.

Accordingly, *Pioneer* applies with full force to civil cases in federal court.

The Supreme Court in *Pioneer*, 507 U.S. at 395, identified several factors that courts must consider in determining whether excusable neglect exists:

1. The danger of prejudice to the opposing party
2. The length of the delay and its potential impact on judicial proceedings
3. The reason for the delay, including whether it was within the reasonable control of the movant
4. Whether the movant acted in good faith

Each of these factors weighs heavily in favor of granting the requested extension in this case.

Bozzuto Management Company is not prejudiced by the late filing. I possess a valid USPS tracking number and certified mail green card receipt showing that Bozzuto Management Company **received a complete copy of the Motion to Dismiss on August 7, 2025**. Thus, they have had notice of my filings since that time. The procedural delay affects only the Court's receipt, not the opposing party's knowledge or preparation.

The delay was caused solely by the United States Postal Service's failure to deliver the original package to the Court. Despite being sent on August 6, 2025, the USPS tracking history shows that the Court never received the package. This was **not foreseeable** and **not within my control**. The same package successfully reached the opposing party on time, confirming that the issue was isolated and unintentional.

There is no evidence—and none has been alleged—of bad faith or strategic delay. On the contrary, I reasonably believed the filing had been received and took immediate corrective steps upon discovering otherwise. As soon as I confirmed with the Clerk's Office that the Court had not received my filing, I prepared and filed this Motion for Extension, along with my objection to the original Motion to Dismiss.

For the foregoing reasons, I respectfully request that the Court GRANT the Motion for Extension of Time, accept my objection to the Motion to Dismiss as timely filed, and grant any other relief the Court deems just and proper.

Respectfully Submitted

Jaqueror Juandro
26 Broad St apt
4
Norwalk CT
06851
203 433 2141

Certificate of Service

I certify that a copy of the document tiled "Motion for extension of time" and "Memorandum in support" were delivered to the opposing party's counsel [James O Craven] by certified mail on 9/23/2025

Jaqueline Lexardra
26 Broad St
Apt 4
Norwalk CT
06851

203 433 2141

# USPS Tracking®

FAQs >

*Proof that Bozzuto received my objection*

*Pt 1*

**Tracking Number:**                                                    Remove ✕

## 9589071052701198608792

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:43 pm on August 7, 2025 in NEW HAVEN, CT 06510.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

NEW HAVEN, CT 06510
August 7, 2025, 2:43 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                   ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James O Craven
One Century Tower
265 Church Street
New Haven CT
06510

9590 9402 9471 5069 7153 03

2. Article Number *(Transfer from service label)*

1589 0710 5270 1198 6087 92

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

*Proof that Bozzuto received my objection pt 2*

USPS TRACKING #

9590 9402 9471 5069 7153 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Laguirre Lensendra
26 Broad St apt 4
Norwalk CT
06851

9/23/25, 7:57 AM                                         USPS.com® - USPS Tracking® Results

# USPS Tracking®

*Proof that USPS [Adult] never delivered my documents to this court*

FAQs >

**Tracking Number:**                                                                  Remove ✕

# 9589071052701198608624

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

## Moving Through Network
**In Transit to Next Facility**

September 3, 2025

**Arrived at USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
August 30, 2025, 5:15 pm

**Arrived at USPS Regional Facility**

WHITE PLAINS NY DISTRIBUTION CENTER
August 14, 2025, 9:20 am

**Out for Delivery**

BRIDGEPORT, CT 06604
August 13, 2025, 7:08 am

Feedback

USPS.com® - USPS Tracking® Results

**Arrived at Post Office**
BRIDGEPORT, CT 06602
August 13, 2025, 6:57 am

**Arrived at USPS Facility**
BRIDGEPORT, CT 06602
August 13, 2025, 6:28 am

**Departed USPS Regional Facility**
STAMFORD CT DISTRIBUTION CENTER
August 13, 2025, 5:53 am

**Arrived at USPS Regional Facility**
STAMFORD CT DISTRIBUTION CENTER
August 12, 2025, 7:47 pm

**Arrived at USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
August 6, 2025, 10:01 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.